UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JOSE PEREZ,

                        Plaintiff,                    22-CV-00722 (JMF)(SN)

            -against-                             **ORDER**

ORLANDO PERDOMO, JR., et al.,

                        Defendants.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      On January 31, 2022, the Honorable Jesse M. Furman assigned this matter to my docket for settlement and directed the parties to contact my Chambers one week after Defendants' answer was filed. In light of Defendants' filing their answer, ECF No. 13, by March 17, 2022, the parties are directed to email Courtroom Deputy Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov with three mutually convenient dates to schedule a settlement conference. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least four to six weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

                                                            SARAH NETBURN
                                                           United States Magistrate Judge

DATED:     March 14, 2022
                   New York, New York