UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOSE PEREZ,

                                              **Plaintiff,**                                           22-CV-00722 (JMF)(SN)

                      -against-                               **SETTLEMENT CONFERENCE ORDER**

ORLANDO PERDOMO, JR., et al.,

                                          **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

       The Honorable Jesse M. Furman's January 31, 2022 Order directed the parties to schedule a settlement conference to take place at least two weeks before the initial pretrial conference. As of the issuance of this Order, the parties have not reached out to schedule. The Court will schedule the settlement conference for Thursday, April 28, 2022, at 10:00 a.m. In the weeks prior to the conference, the Court will confirm whether the conference will be held telephonically or in person. By April 4, 2022, the parties are directed to confirm the date of the settlement conference.

       The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn. The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the Ex Parte Settlement Letters and Acknowledgment Forms, which are to be submitted by Thursday, April 21, 2022 by e-mail to

Netburn_NYSDChambers@nysd.uscourts.gov. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:	March 28, 2022
	New York, New York