

# HAMRA LAW GROUP, PC.

1 LINDEN PLACE, SUITE 207, GREAT NECK, NY 11021
WEB: WWW.HAMRALAWGROUP.COM

KEVIN S. JOHNSON, ESQ.                                                                                  T: 646.590.0571
KJOHNSON@HAMRALAWGROUP.COM                                                       F: 646.619.4012

July 7, 2022

**VIA ECF:**
Hon. Jesse M. Furman
District Judge – SDNY
Thurgood Marshall US Courthouse
40 Foley Square
New York, NY 10007

RE:     *Perez v. Perdomo Jr., et al.*
**Case No. 1:22-cv-00722-JMF**
**JOINT LETTER MOTION FOR AN EXTENSION OF TIME**

To Your Honor:

    This firm represents Plaintiff in the above-captioned action brought under the FLSA and corresponding NYLL statutes. We write jointly with the Defendants in order to request an extension of the deadline for filing a <u>Cheeks</u> motion for approval of the settlement and attorneys' fees. On June 21, 2022, the Court ordered the Parties to submit the same on or before today, July 7 (Dkt. No. 33). Since this Order, the Plaintiff has drafted a proposed agreement for the Defendants approval. Additionally, we have requested that the Court so-order our request to the Magistrate Judge for this motion.

    As such, the Parties request the deadline be extended until July 21, 2022, in order for the Parties to finalize and execute the settlement documents and for the Court to so-order their consent to magistrate recently filed (Dkt. No. 34).

    The Parties thank the Court for its time and attention to this matter.

Best regards,

*Kevin S. Johnson*

Kevin S. Johnson, Esq.

<u>CC VIA EMAIL/ECF</u>:
Vincent F. Spata, Esq.
*spataesq@aol.com*

Application GRANTED.  The Clerk of Court is directed to terminate ECF No. 35.  SO ORDERED.

July 7, 2022